Case No. 14-2248

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DREW STERRETT

       Plaintiff - Appellee

v.

HEATHER COWAN; JAY WILGUS; STACY VANDER VELDE; THEODORE SPENCER; SUSAN PRITZEL; E. ROYSTER HARPER; MALINDA MATNEY; ANTHONY WALESBY; LAURA BLAKE JONES, employees of the University of Michigan, in their personal and official capacities

       Defendants - Appellants

   Upon consideration of the appellants' motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed

   Furthermore, the appellee's motion to dismiss case for lack of jurisdiction is **MOOT**.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: October 03, 2014